IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:06-cr-175 |
| | ) | (Phillips/Guyton) |
| CHESTER WAYNE FREELS | ) | |

## ORDER OF DISMISSAL

For good cause shown, the government's motion to dismiss indictment [Doc. 29] is hereby GRANTED whereby the indictment [Doc. 2] filed on December 12, 2006, is DISMISSED WITHOUT PREJUDICE. *See* Fed. R. Crim. P. 48(a).

**E N T E R :**

*s/ Thomas W. Phillips*
UNITED STATES DISTRICT JUDGE